# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Charles Clayton Jackson ,

        Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                          3:11-cv-00673-FDW

USA,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/30/2012 Order.

                                             Signed: October 31, 2012

                                             Frank G. Johns, Clerk
                                             United States District Court